UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AIDA MADENIAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEPARTMENT STORES NATIONAL BANK, A South Dakota Corporation<br>DB SERVICING CORPORATE, a Delaware Corporation<br>GE CAPITAL RETAIL BANK, A Utah Corporation<br>NORDSTROM, INC, A Delaware Corporation<br>CITIBANK N.A., A National Association<br>WELLS FARGO BANK N.A., A National Association,<br><br>　　　　Defendants. | Case No. 2:12-cv-07593 R PJW<br>Hon. Manuel L. Real<br>Ctrm. 8<br><br>**JUDGMENT OF DISMISSAL**<br><br>Action Filed:　September 5, 2012<br>Trial Date:　　None Set |

# JUDGMENT OF DISMISSAL

The Court, having granted Defendant WELLS FARGO BANK, N.A.'s Motion to Dismiss Plaintiff's Complaint, without leave to amend, pursuant to its Minute Order on December 7, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of WELLS FARGO BANK, N.A. and against Plaintiff AIDA MADENIAN; and

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED:_Dec. 11, 2012__

HONORABLE MANUEL L. REAL
U.S. DISTRICT COURT JUDGE