1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

11
12
13
14
15
16
17
18
19
20
21
22
23
24

| AIDA MADENIAN, an individual, | Case No.  CV12-7593-R-PJW |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | Action Filed: September 5, 2012<br>Trial Date:    None Set |
| DEPARTMENT STORES NATIONAL BANK, A South Dakota Corporation; DB SERVICING CORPORATE, A Delaware Corporation; GE CAPITAL RETAIL BANK, A Utah Corporation; NORDSTROM, INC, A Delaware Corporation; CITIBANK N.A., A National Association; WELLS FARGO BANK N.A., A National Association,<br><br>Defendants. | |

25
26
27
28

[PROPOSED] JUDGMENT OF DISMISSAL

1

## JUDGMENT OF DISMISSAL

The Court, having dismissed the matter as to Defendant GE CAPITAL RETAIL BANK and all remaining Defendants pursuant to its Minute Order on December 7, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendant GE CAPITAL RETAIL BANK, and against Plaintiff AIDA MADENAIN; and

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED: __Dec. 17, 2012__

_____
                                     HONORABLE MANUEL L. REAL
                                     U.S. DISTRICT COURT JUDGE