1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| AIDA MADENIAN, an individual, | CASE NO. CV 12-07593-R(PJWx) |
|---|---|
| Plaintiff, | Hon. Manuel L. Real<br>Courtroom 8 |
| vs. | **JUDGMENT OF DISMISSAL** |
| DEPARTMENT STORES NATIONAL BANK, A South Dakota Corporation, DB SERVICING CORPORATE, A Delaware Corporation, GE CAPITAL RETAIL BANK, A Utah Corporation, NORDSTROM, INC., A Delaware Corporation, CITIBANK N.A., A National Association, WELLS FARGO BANK N.A., A National Association, | |
| Defendants. | |

1    The Court, having dismissed the matter as to Defendant DB Servicing Corporation (erroneously sued as DB Servicing Corporate), pursuant to its Minute Order dated December 3, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendant DB Servicing Corporation (erroneously sued as DB Servicing Corporate) and against Plaintiff Aida Madenian; and

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED: _Dec. 28, 2012_

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1