1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| AIDA MADENIAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPARTMENT STORES NATIONAL BANK, A South Dakota Corporation<br>DB SERVICING CORPORATE, a Delaware Corporation<br>GE CAPITAL RETAIL BANK, A Utah Corporation<br>NORDSTROM, INC, A Delaware Corporation<br>CITIBANK N.A., A National Association<br>WELLS FARGO BANK N.A., A National Association,<br><br>　　　　　Defendants. | Case No. 2:12-cv-07593 R PJW<br>Hon. Manuel Real<br>Ctrm. 8<br><br>**ORDER AND JUDGMENT**<br><br><br>Action Filed:　September 5, 2012<br>Trial Date:　　None Set |

07685.1185/2609459.1

[PROPOSED] ORDER AND JUDGMENT OF DISMISSAL

# ORDER AND JUDGMENT

The Court, having granted Defendant WELLS FARGO BANK, N.A.'s ("Wells Fargo") Motion For An Award Of Attorneys' Fees, per its Minute Order entered on February 4, 2013 (DE#39),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT

1. Wells Fargo shall be awarded its reasonable attorneys' fees incurred in defending this action in the amount of $3,979.00 directly against Arshak Bartoumian in favor of Wells Fargo as sanctions; and

2. Arshak Bartoumian shall pay Wells Fargo $3,979.00 within ten (10) days of this Order.

IT IS SO ORDERED.

DATED: March 19, 2013

_____
HONORABLE MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

Submitted by:
SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
DAVID A. BERKLEY (State Bar No. 260105)
db@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium-19100 Von Karman Avenue, Suite 700
Irvine, California 92612-6578
Telephone: (949) 442-7110 - Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344 - Facsimile: (415) 956-0439

Attorneys for Defendants WELLS FARGO BANK, N.A.

**CERTIFICATE OF SERVICE**
**Aida Madenian v. Department Stores National Bank, et al.**
**USDC, Central District, Western Division, Case No. 2:12-cv-07593 R PJW**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On March 18, 2013, I served true copies of the following document(s):

**[PROPOSED] ORDER AND JUDGMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 18, 2013, at Irvine, California.

CARLA DURKEE

07685.1185/2609459.1

[PROPOSED] ORDER AND JUDGMENT OF DISMISSAL

**SERVICE LIST**
*Aida Madenian v. Department Stores National Bank, et al.*
USDC, Central District, Western Division, Case No. 2:12-cv-07593 R PJW

**Arshak Bartoumian**
abartoumian@yahoo.com

**Kent Roger Christensen**
kchristensen@calljensen.com,cdaly@calljensen.com

**Daniel J O'Rielly**
djo@oriellyroche.com,elizabeth@oriellyroche.com

**Dena M Roche**
dena@oriellyroche.com,djo@oriellyroche.com,nydia@oriellyroche.com,elizabeth@oriellyroche.com

**Scott P Shaw**
sshaw@calljensen.com,kdominick@calljensen.com

**Jared M Toffer**
jtoffer@fwtrl.com,kcastillo@fwtrl.com

**Michael Raymond Williams**
mwilliams@fwtrl.com,wmills@fwtrl.com